AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:25-cr-00411-IM |
| Andrew Markum (aka Amber Marcum) | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10|15|25

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Crais Daniels-Edwards
*Printed name of defendant's attorney*

_____
*Judge's signature*

Youlee Yim You, Magistrate Judge
*Judge's printed name and title*