Clais Daniels-Edwards, NJ SBN 115122015
Assistant Federal Public Defender
Email: Clais_Daniels-Edwards@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>ANDREW (AMBER) MARCUM,<br><br>                          Defendant. | Case No. 3:25-cr-411-IM<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

      Amber Marcum will appear before this Court on January 15, 2026, for a sentencing hearing for her guilty plea of Assault of a Federal Agent in violation of 18 U.S.C. ¶ 111(a)(1).

      For the reasons outlined in other sentencing materials before the Court, Ms. Marcum respectfully asks the Court sentence her to a 1-year term of probation.

      DATED: January 13, 2026.

                                                        *s/ Clais Daniels-Edwards*
                                                         Clais Daniels-Edwards
                                                         Attorney for Defendant